PD-0363&0364&0365-15

In The

Texas Court Of Criminal Appeals

Octaviano Israel Sanchez

Appellant

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

V.

The State Of Texas

Appellee

On Appeal From The 262nd District Court Of Harris County, Texas, Cause Nos. 1376038, 1376039, 1376040,

On Petition For Discretionary Review From 14th District Court Of Appeals Houston, Texas Case Nos. 14-14-00003-CR, 14-14-00004; 14-14-00005.

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Motion To Extend Time To File Petition For Discretionary Review

Comes Now Octaviano Israel Sanchez Appellant appearing in Pro-Se and hereby respectfully moves this Court with Motion To Extend Time To File Petition For Discretionary Review, pursuant to Rules 68.2(c), and Rule 10.5(b) of the Texas Rules Of Appellate Procedure. Appellant submits the following in support;

1.

On March 17-2015 the Fourteenth Court of Appeals issued its opinion and judgment in Appellant's direct appeal.

On this same day of March 17-2015 Appellant's Attorney of record Brittany Carroll Lacayo Notified Appellant that she would not be representing him on a Petition For Discretionary Review And that Appellant would have thirty (30) days to file his pro-se (PDR), Petition For Discretionary Review.

Appellant's deadline to file his PDR is April 15-2015, And because of his being in pro-se and the Complex of legal issues he is seeking a extension of thirty(30) days to include to May 14-2015. Accordingly, the Appellant Needs and would greatly appreciate additional time of thirty(30) days to prepare his pro-se PDR.

This is Appellants first request for an extension of time in this cause. This request is not designed to harass, the State, Nor to unnecessarily delay these proceedings, but to ensure the Appellants PDR claims are properly addressed. Accordingly, the Appellant respectfully requests an extension of thirty(30) days, up to and including to May 14-2015 to file his Petition For Discretionary Review.

## Conclusion

The Appellant respectfully requests that his Motion To Extend Time To File Petition For Discretionary Review be granted.

Respectfully Submitted

*Octaviano Sanchez*

Octaviano I. Sanchez
TDCJ-CID # 1885721
George Beto Unit
1391 FM 3328
Tennessee Colony, TX
75880

Dated: March 28-2015

## Certificate Of Service

I do hereby certify that a true and correct copy of the foregoing Motion To Extend Time To File Petition For Discretionary Review was served by placing same in the United States Mail At the George Beto Unit, postage prepaid on this the 28th day of March 2015 Addressed to;

Harris County District Attorney's Office
Appellate Section
Attn: Clinton A. Morgan
1201 Franklin
Suite 600
Houston, Texas
77002

Texas Court Of Criminal Appeals
Abel Acosta, Clerk
P.O. Box 12308, Capitol Station
Austin, Texas
78711

Respectfully

Octaviano Israel Sanchez
TDCJ-CID # 1885721
George Beto Unit
1391 FM 3328
Tennessee Colony, Tx
75880

3.

# In The
## Texas Court Of Criminal Appeals

___

### Octaviano Israel Sanchez
#### Appellant

### v.

### The State Of Texas
#### Appellee

___

On Appeal From The 262 nd District Court Of Harris County, Texas Cause Nos. 1376038, 1376039, 1376040

On Petition For Discretionary Review From The 14th District Court Of Appeals Houston Texas Case Nos. 14-14-00003-CR, 14-14-00004, 14-14-00005.

___

## Order Extending Time To File Petition For Discretionary Review

On the motion of Appellant, the Appellant's time for filing his Petition For Discretionary Review is extended for thirty (30) day's up to And Including, May 14-2015.

Granted:_____

Denied:_____

Signed On_____

_____, Presiding Judge